UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **NICHOLE HAWKINS,**<br><br>Plaintiff,<br><br>v.<br><br>**SUPERINTENDENT JOYCE WILKENS, ET AL.**<br><br>**Defendants.** | Civil Action No. 14-279<br><br>**MEMORANDUM ORDER DISMISSING CASE** |

The Magistrate Judge issued a Report and Recommendation in this matter, recommending that this Court dismiss Plaintiff's case for failure to exhaust her administrative claims. After reviewing the Report and Recommendation, the record, and all other materials before the Court and finding no objection, it is hereby ordered that:

(1) The Report and Recommendation is adopted;

(2) Plaintiff's Complaint is DISMISSED with PREJUDICE; and

(3) The Clerk of the Court shall send copies of this Order to Petitioner.

**IT IS SO ORDERED.**

DATED this 19th day of February 2016.

BARBARA J. ROTHSTEIN
UNITED STATES DISTRICT JUDGE